Case 7:23-cv-00112   Document 13   Filed on 09/15/23 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
September 15, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| EL RINCON REGIO, LLC<br>*Plaintiff*, | § § § | |
| vs. | § | CIVIL ACTION NO. 7:23-00112 |
| MAXUM INDEMNITY COMPANY and<br>JESSICA P. LOPEZ<br>*Defendants*. | § § § § § § | |

## ORDER

Before the Court is the Parties' Joint Motion to Dismiss with Prejudice (the "Motion"). Having considered the Motion, the Court is of the opinion that the Motion should be and hereby is **GRANTED**.

It is therefore **ORDERED** that the above-captioned lawsuit is dismissed with prejudice to refiling of same.

SO ORDERED September 15, 2023, at McAllen, Texas.

Randy Crane
United States District Judge

Federal ID No. 18230
sadler@litchfieldcavo.com
One Riverway, Suite 1000
Houston, Texas 77056
Telephone: (713) 418-2000
Facsimile: (713) 418-2001

**ATTORNEY FOR DEFENDANT
MAXUM INDEMNITY COMPANY**

And

/s/
R. Nicholas Moore
State Bar No. 24098134
Federal Bar No. 3132077
J. Michael Moore
Texas Bar No. 14349550
Federal Bar No. 16942
**MOORE LAW FIRM**
Email: firstpartylit@moore-firm.com
4900 North 10th Street, Suite F3
McAllen, Texas 78504
Telephone: (956) 631-0745
Telecopier: (888) 266-0971

**ATTORNEYS FOR PLAINTIFF
El RINCON REGIO, LLC**